UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWIGHT K. BACON (#556894)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 10-390-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion to dismiss shall be granted.[1]

IT IS FURTHER ORDERED that the claims against Ernest Williams shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 26, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 11.

Doc#47116